```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

|  |  |  |
|---|---|---|
| UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK | | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 03/13/2020 |
| ------------------------------------------------------- X | | |
| UNITED STATES OF AMERICA | : | |
| -against- | : | 19-CR-212 (VEC) |
| | : | |
| | : | <u>ORDER</u> |
| ALBERT MCDUFFIE, | : | |
| Defendant. | : | |
| ------------------------------------------------------- X | | |

VALERIE CAPRONI, United States District Judge:

WHEREAS sentencing is currently scheduled for April 8, 2020;

IT IS HEREBY ORDERED THAT the sentencing is adjourned to **May 8, 2020, at 3:00 P.M.** Sentencing submissions are due by **April 24, 2020**.

**SO ORDERED.**

**Dated: March 13, 2020**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**