USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/31/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA :
:  19-CR-212 (VEC)
-against- :
:  ORDER
ALBERT MCDUFFIE, :
:
Defendant. :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS Defendant Albert McDuffie has moved to be released pending sentencing, based on the combination of the COVID-19 pandemic and Mr. McDuffie's health condition;

WHEREAS Mr. McDuffie has waived his physical appearance and asked that his motion be resolved on the papers in lieu of a hearing; and

WHEREAS the Court construes Mr. McDuffie's motion as one made pursuant to the "exceptional reasons" exception under 18 U.S.C. § 3145(c), due to the otherwise mandatory detention required by 18 U.S.C. § 3143(a)(2);

IT IS HEREBY ORDERED THAT counsel for all parties must appear by telephone for an oral argument on the motion on **April 2, 2020, at 11:00 A.M.**  Counsel for the parties, and all interested members of the public, must attend the hearing by calling 1-888-363-4749, using the access code 3121171.  No later than **April 1, 2020**, counsel for Defendant must file, under seal, any relevant documentation of Mr. McDuffie's health condition.

**SO ORDERED.**

**Dated: March 31, 2020
        New York, NY**

_____
**VALERIE CAPRONI
United States District Judge**