UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA :
:  19-CR-212 (VEC)
-against- :
:  ORDER
ALBERT MCDUFFIE, :
:
Defendant. :
------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/03/2020

VALERIE CAPRONI, United States District Judge:

WHEREAS Defendant Albert McDuffie has moved to be released pending sentencing and proposes that he be subjected to home incarceration at the residence of his brother, Zeshawn McDuffie;

IT IS HEREBY ORDERED THAT defense counsel immediately file a letter containing Zeshawn McDuffie's primary residential address, where Defendant would be confined if released.

**SO ORDERED.**

**Dated: April 3, 2020**
    **New York, NY**

_____
**VALERIE CAPRONI
United States District Judge**