```
UNITED STATES DISTRICT COURT                        USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                       DOCUMENT
                                                    ELECTRONICALLY FILED
 ------------------------------------------------- X  DOC #:
   UNITED STATES OF AMERICA                :        DATE FILED: 04/08/2020
                                           :
                                           :        19-CR-212 (VEC)
        -against-                          :
                                           :        ORDER
                                           :
   ALBERT MCDUFFIE,                        :
                                           :
                       Defendant.          :
 ------------------------------------------------- X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 3, 2020, the Court granted bail and imposed conditions of release for Mr. Albert McDuffie, who was not produced for the oral argument on his motion; and

WHEREAS, according to defense counsel, Mr. McDuffie was released on April 6, 2020;

IT IS HEREBY ORDERED that Mr. McDuffie and his counsel, along with Pretrial Services and counsel for the Government, must appear for a teleconference with the Court on **April 9, 2020, at 10:00 A.M.**, to review Mr. McDuffie's bail conditions. Counsel for the parties, and all interested members of the public, must attend the hearing by calling 1-888-363-4749, using the access code 3121171 and the security code 6351. Callers who are not speaking at the hearing are reminded to mute their phones to avoid disrupting the proceeding.

**SO ORDERED.**

**Dated: April 8, 2020**
   **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**