```
UNITED STATES DISTRICT COURT                                USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                               DOCUMENT
------------------------------------------------------ X    ELECTRONICALLY FILED
    UNITED STATES OF AMERICA                      :         DOC #:
                                                  :         DATE FILED: 04/09/2020
                                                  :         19-CR-212 (VEC)
         -against-                                :
                                                  :              ORDER
    ALBERT MCDUFFIE,                              :
                                                  :
                         Defendant.               :
------------------------------------------------------ X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 9, 2020, the Court held a teleconference to confirm that Mr. McDuffie is aware of his conditions of release; and

WHEREAS Pretrial Services Officer Ashley Cosme informed the Court that Mr. McDuffie's bond contains a clerical error and indicates that he is subject to home detention, rather than home incarceration as directed in this Court's prior order, Dkt. 183;

IT IS HEREBY ORDERED that Mr. McDuffie's bond is deemed to impose a condition of home incarceration, rather than home detention, to obviate the need for re-execution of the relevant papers.

**SO ORDERED.**

**Dated: April 9, 2020**
     **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**