USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/04/2020

**THOMAS F.X. DUNN**
**ATTORNEY AT LAW**
**225 Broadway**
**Suite 1515**
**New York, New York 10007**
**Tel: 212-941-9940**
**Fax: 212-693-0090**
**Thomasdunnlaw@aol.com**



By ECF                                                    September 4, 2020

Honorable Valerie E. Caproni
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

       Re: <u>United States v. Albert McDuffie,</u>
          19 Cr. 212 (VEC)

Dear Judge Caproni:

       I represent Albert McDuffie. I write to request an adjournment of Mr. McDuffie's sentence scheduled for September 9th. My submission was due on August 27th. I failed to file my sentencing submission. I have no excuse to offer the court for that failure.

       Mr. McDuffie is under house arrest and was released because of his susceptibility to Covid-19. Since Covid-19 remains a threat in the jails, I request a three month adjournment into December to a date convenient to your Honor.

       There has been one previous joint adjournment request because of the pandemic.

       Assistant U.S. Attorney Louis Pellegrino advised that he has no objection to this request.

       I apologize for my failure to submit my papers and the lateness of this request,

       Thank you for your consideration of this request.

                   Respectfully yours,
                     /s/
                   Thomas F.X. Dunn

Cc: Louis Pelligrino

Mr. McDuffie's sentencing is scheduled for **September 23, 2020, at 11:00 A.M.**, and sentencing submissions are due **September 9, 2020**. *See* Dkt. 202. The request for adjournment is hereby DENIED.

SO ORDERED.

Date:09/04/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE