**THOMAS F.X. DUNN**
**ATTORNEY AT LAW**
225 Broadway
Suite 1515
New York, New York 10007
Tel: 212-941-9940
Fax: 212-693-0090
Thomasdunnlaw@aol.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/09/2020



**By ECF**                                                September 9, 2020

Honorable Valerie E. Caproni
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

  Re: <u>United States v. Albert McDuffie</u>,
    19 Cr. 212 (VEC)

Dear Judge Caproni:

  I represent Albert McDuffie. I write to request an extension of one day until tomorrow September 10th to submit my sentencing letter on behalf of Mr. McDuffie, which is due today. I do not request an adjournment of the sentence date.

  Assistant U.S. Attorney Adam Hobson advised that he has no objection to this request and agrees that the sentence date should remain as scheduled.

  This is my first request of an extension of time to submit my papers.

  Thank you for your consideration of this request.

             Respectfully yours,
              /s/
             Thomas F.X. Dunn

Cc: Adam Hobson
  Assistant U.S. Attorney

---

Application GRANTED.

SO ORDERED.

Date: 09/09/2020

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE