```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2020
```



**THOMAS F.X. DUNN**
**ATTORNEY AT LAW**
**225 Broadway**
**Suite 1515**
**New York, New York 10007**
**Tel: 212-941-9940**
**Fax: 212-693-0090**
**Thomasdunnlaw@aol.com**

**MEMO ENDORSED**

**By ECF**                                                                                             November 30, 2020

Honorable Valerie E. Caproni
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

      Re: <u>United States v. Albert McDuffie,</u>
           19 Cr. 212 (VEC)

Dear Judge Caproni:

      Albert McDuffie must surrender at the MCC by 12:00 p.m. tomorrow December 1st to commence a 90 month sentence. Your Honor issued an order in April releasing Mr. McDuffie because of his pre-existing health conditions of high blood pressure and rheumatoid arthritis.

      I write to request that Mr. McDuffie remain under his present bail conditions, which include house arrest and electronic monitoring. Mr. McDuffie presented me with an article in the New York Daily News on Friday, which sets further an increase in Covid-19 cases at the MCC. It seems the spread and extent of the pandemic has considerably increased since April throughout the country.

      Assistant U.S. Attorney Adam Hobson advised that the government takes no position concerning this request.

      I request that the Court issue an order extending the period of time for Mr. McDuffie to surrender until Monday February 3, 2021.

      Thank you for your consideration of this request.

                                                      Respectfully yours,
                                                             /s/
                                                             Thomas F.X. Dunn

Cc: Adam Hobson, Seq.
   Assistant U.S. Attorney
  (By EcF)

Application GRANTED. Mr. McDuffie's surrender date is hereby adjourned to **February 3, 2021.** The Court encourages the Bureau of Prisons to designate a facility in advance of this date.
SO ORDERED.

Date: November 30, 2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE