USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/1/2021

**MEMO ENDORSED**

**THOMAS F.X. DUNN**
**ATTORNEY AT LAW**
225 Broadway
Suite 1515
New York, New York 10007
Tel: 212-941-9940
Fax: 212-693-0090
Thomasdunnlaw@aol.com

**By ECF**                                                February 1, 2021

Honorable Valerie E. Caproni
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

     Re: <u>United States v. Albert McDuffie,</u>
         19 Cr. 212 (VEC)

Dear Judge Caproni:

    On January 28th my mistake I sent the wrong letter to your Honor. I sent a previous letter dated November 30th. Please accept this letter motion which I should have submitted seeking an extension of time to surrender.

    Albert McDuffie must surrender at the MCC by 12:00 p.m. Wednesday February 3rd to commence a 90 month sentence. Your Honor issued an order in April releasing Mr. McDuffie because of his pre-existing health conditions of high blood pressure and rheumatoid arthritis.

    I write to request that Mr. McDuffie remain under his present bail conditions, which include house arrest and electronic monitoring. The spread and extent of the pandemic has considerably increased since April throughout the countr

    Assistant U.S. Attorney Adam Hobson advised that the government has no objection to this request. Pretrial Officer Ashley Cosme advised she does not object to the extension.

    I request that the Court issue an order extending the period of time for Mr. McDuffie to surrender until May 3, 2021.

    Thank you for your consideration of this request.

                                      Respectfully yours,

/s/
Thomas F.X. Dunn

Cc: Adam Hobson, Seq.
    Assistant U.S. Attorney
    (By ECF& email)

    Ashley Cosme
    U.S. Pretrial
    (by email)

---

Application GRANTED. Mr. McDuffie's surrender date is hereby adjourned to Monday, May 3, 2021.

SO ORDERED.

Date: February 1, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE