# THOMAS F.X. DUNN
## ATTORNEY AT LAW
225 Broadway
Suite 1515
New York, New York 10007
Tel: 212-941-9940
Fax: 212-693-0090
Thomasdunnlaw@aol.com

**By ECF & Email**                                                                                                  May 2, 2021

Honorable Valerie E. Caproni
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

        Re: United States v. Albert McDuffie,
           19 Cr. 212 (VEC)

Dear Judge Caproni:

      I write to request an extension of the time for Albert McDuffie to surrender to his assigned facility at Ft. Dix. His surrender date is tomorrow, May 3rd. Your Honor granted the release of Mr. McDuffie, since he suffered from a pre-existing medical condition. Mr. McDuffie is scheduled to receive his first vaccination shot on Tuesday, May 4th and his second on June 1st. He initially feared taking the shots, but his family convinced him to do so. The lateness for this submission is due to my failure.

      Ms. Christina Ramos of U.S. Probation advised that I need to contact the BOP/Fort Dix and the U.S. Marshal Service and advise of this pending application. I sent an email to Adam Johnson, Counsel for the Northeast Region. Ms. Ramos advised she will also contact the BOP/Ft. Dix and copy this letter to the Marshal Service via email.

      If your Honor grants this request I ask the Mr. McDuffie surrender one week after his 2d shot, which would be June 8th. U.S. Pretial has given Mr. McDuffie permission to go toa CVS in Hickville for the first shot, since he is on house arrest.

      Assistant U.S. Attorney Adam Hobson advised that he takes no position concerning this application, however, if granted he objects to a surrender date of more than one week thereafter.

      I apologize for the lateness of this request and the inconvenience it causes for all parties and your Honor.

Honorable Valerie E. Caproni
May 2, 2021
Page 2

    Thank you for your consideration of this request.

Respectfully yours,<br>
/s/<br>
Thomas F.X. Dunn

Christina Ramos
U.S. Probation (by email)

Adam Hobson, Esq.
Assistant U.S. Attorney
(by ECF & email)

Adam Johnson, Esq.
Legal Counsel
BOP Northeast Region
(by email)

U.S. Marshal Service
SDNY (by email)

Islia Sanchez
U.S. Pretrial Services
(by email)